# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSE LEE FARMER**  
ADC #166000A                                                              PLAINTIFF

v.                              No. 4:20-cv-6-DPM

**JOHN FRANK GIBSON, Jr.**                                               DEFENDANT

## JUDGMENT

Farmer's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2020